UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                              CASE NO. 06 B 07067
   ANTHONY D TEKIELA
   LISA M TEKIELA                   CHAPTER 13

                                    JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-5627     SSN XXX-XX-9853
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/16/06 and confirmed on 08/16/06.

2. The case was dismissed after confirmation, 10/17/2008.

3. The Debtor paid a total of $ 10581.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NATL ASSOC | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NATL ASSOC | MORTGAGE ARRE | 511.03 | .00 | 511.03 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 2500.00 | 94.03 | 2500.00 |
| CONSUMER PORTFOLIO SERVI | SECURED VEHIC | .00 | .00 | .00 |
| ASSOCIATED ORTHODONTISTS | UNSECURED | NOT FILED | .00 | .00 |
| BOLINGBROOK HEALTHCARE A | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1911.00 | .00 | 358.66 |
| DERMATOLOGY LIMITED | UNSECURED | NOT FILED | .00 | .00 |
| V PAUL BERTRAND | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 385.11 | .00 | 72.28 |
| FUTURE DIAGNOSTICS GROUP | UNSECURED | 298.80 | .00 | 56.08 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1435.21 | .00 | 269.35 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PUBLIC SAFETY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 8527.60 | .00 | 1600.42 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 8071.09 | .00 | 1514.74 |
| WAL MART | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | 607.75 | .00 | 114.06 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RJM ACQUISITIONS LLC | UNSECURED | 44.78 | .00 | 8.41 |
| MIDLAND CREDIT MGMT | UNSECURED | 336.03 | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 1653.77 | .00 | 310.37 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 329.50 | .00 | 61.83 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | 718.74 | .00 | 134.92 |

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    3011.03         .00     24319.38           .00       27330.41
PRINCIPAL PAID        3011.03         .00      4501.12           .00        7512.15
INTEREST PAID           94.03         .00          .00           .00          94.03
TOTAL PAID            3105.06         .00      4501.12           .00        7606.18
```
The Debtor's attorney, JOHN A REED                        , was allowed $    3000.00
and was paid $     476.00   direct and $    2524.00   through the plan.

The Trustee received $     450.82 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/16/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE